## 72561. GEORGE v. THE STATE.
### (361 SE2d 284)

McMurray, Presiding Judge.

Our judgment in *George v. State*, 180 Ga. App. 548 (349 SE2d 473), has been reversed by the Supreme Court of Georgia on certiorari. *George v. State*, 257 Ga. 176 (356 SE2d 882). In accordance with the opinion of the Supreme Court, our judgment is hereby vacated and the judgment of the Supreme Court is made our own. Accordingly, the judgment of the trial court is reversed.

*Judgment reversed. Carley and Pope, JJ., concur.*

DECIDED SEPTEMBER 8, 1987.

*Thomas C. Sanders*, for appellant.

*Frank C. Winn, District Attorney, J. David McDade, Assistant District Attorney*, for appellee.